UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANTHONY WHITE,

        Plaintiff,

Case No. 1:09-cv-188

Hon. Hugh W. Brenneman, Jr.

vs.

MICHIGAN DEPARTMENT
OF CORRECTIONS,

        Defendant.

_____/


**ORDER**

        In accordance with the Opinion filed this date, the motion for summary judgment filed by defendant Michigan Department of Corrections (docket no. 13) is **GRANTED**.


Dated: September 17, 2010                  /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge