UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY WHITE,

        Plaintiff,

Case No. 1:09-cv-188

Hon. Hugh W. Brenneman, Jr.

vs.

MICHIGAN DEPARTMENT
OF CORRECTIONS,

        Defendant.
                                /

## JUDGMENT

**IT IS ORDERED** that judgment is entered in favor of defendant Michigan Department of Corrections, and the case is dismissed.

Dated: September 17, 2010                        /s/ Hugh W. Brenneman, Jr.
                                                                  HUGH W. BRENNEMAN, JR.
                                                                  United States Magistrate Judge